IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DUKHAN MUMIN,

    Plaintiff,

v.

CASE MANAGER LINDSEY CARROLL, and CASE WORKER MOESHOESHOE, in their individual capacities,

    Defendants.

8:24CV131

ORDER

  This matter is before the Court on *pro se* plaintiff Dukhan Mumin's ("Mumin") Leave to File Interlocutory Appeal (Filing No. 23). The dismissals Mumin complains of are noted in this Court's Memorandum and Order of August 8, 2025 (Filing No. 13). Because the appeal does not fall within 28 U.S.C. § 1292(a), Mumin must show that the decision of the Court dismissing a number of the named defendants "involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation." 28 U.S.C. § 1292(b). Mumin has shown none of those things.

  Mumin's motion seeking Leave to File an Interlocutory Appeal (Filing No. 23) is denied.

  IT IS SO ORDERED.

  Dated this 19th day of September 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge